UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
SEP 1 4 2005
MAGISTRATE JUDGE IAN H. LEVIN
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 05 CR 421-3 |
| v. | ) | Magistrate Judge Levin |
| | ) | |
| EVERARDO LIRA-ESQUIVEL | ) | |

## GOVERNMENT'S AGREED MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court for a dismissal without prejudice of the complaint in the above-captioned case pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

**PATRICK J. FITZGERALD**
United States Attorney

By: _____
**LEONARD A. GAIL**
Assistant U.S. Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5323