UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 05 CR 421-3 |
| v. | ) | Magistrate Judge Levin |
| | ) | |
| EVERARDO LIRA-ESQUIVEL | ) | |

## ORDER

It is hereby ordered that the Criminal Complaint as to Everardo Lira-Esquivel is dismissed without prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

_____
IAN H. LEVIN
United States Magistrate Judge

DATED: 9/14/05